No. 92–1815. HEFTI ET UX. *v.* MCGRATH ET AL. C. A. 8th Cir. Certiorari denied. 

No. 92–1816. GREER ET UX. *v.* GASTON. Ct. App. S. C. Certiorari denied.

No. 92–1853. RANGE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 92–1858. SIMPSON ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 92–1859. KRAWSHUK *v.* HOUSTON ET AL. App. Ct. Conn. Certiorari denied.

No. 92–1875. PARDUE *v.* UNITED STATES;
No. 92–8724. PARDUE *v.* UNITED STATES; and
No. 92–8771. PARDUE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 92–1876. UNDERWOOD *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 92–5088. HOLLAND *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied. 

No. 92–5153. JOINER *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. 

No. 92–5182. KELLY *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. 

No. 92–5841. BRIDGE *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied. 

No. 92–5846. HARRIS *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied. 

No. 92–5865. DREW *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.